**FILED**

MAR 3 1 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>        Plaintiff,<br><br>    v.<br><br>[SEALED],<br><br>        Defendant. | Case No. 08 mj 0114 EFB<br><br>**UNDER SEAL** |

S E A L I N G   O R D E R

Upon Application of the United States of America and good cause having been shown,

**IT IS HEREBY ORDERED** that the Criminal Complaint, Affidavit in Support of the Criminal Complaint, and Arrest Warrant, in the above-captioned matter be, and is, hereby ordered SEALED until further order of this Court.

DATED: 3-31-08

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE