**FILED**

APR 4 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>        Plaintiff,<br><br>   v<br><br>MARCUS GIPSON,<br><br>        Defendant. | Mag. No. 08-MJ-0114 EFB<br><br>ORDER UNSEALING CRIMINAL COMPLAINT AND AFFIDAVIT IN SUPPORT OF THE CRIMINAL COMPLAINT |

Upon Application of the United States of America and good cause having been shown,

**IT IS HEREBY ORDERED** that the Criminal Complaint and Affidavit in support of the Criminal Complaint in Mag. No. 08-MJ-0114 EFB be, and is, hereby ordered **UNSEALED**.

DATED: *April 4, 2008*

                                               *Dale A. Drozd*
                                              DALE A. DROZD
                                              UNITED STATES MAGISTRATE JUDGE